SHER TREMONTE LLP

September 17, 2026

**<u>BY ECF</u>**

The Honorable Michael E. Farbiarz
District of New Jersey
Martin Luther King Jr. Federal Building and United States Courthouse
50 Walnut Street, Suite 4015
Newark, New Jersey 07101

**Re: *United States v. Justin Jennings,* No. 2:26-cr-00316-MEF**

Dear Judge Farbiarz:

We write on behalf of our client, Justin Jennings, to request a 90-day adjournment of the deadlines in the scheduling order at docket entry 10. The government does not consent to this request.

As the Court is aware, Mr. Jennings retained us days ago in the above-captioned action. The requested adjournment is necessary so we may inventory and review discovery, confer with the government regarding possible resolution, and assess what, if any, pretrial disclosures or motions are appropriate. Accordingly, we request that our deadlines to provide Federal Rule of Criminal Procedure 16(b)(1) discovery, and Rule 12.1, 12.2, and 12.3 disclosures, be adjourned to November 5, 2026. We likewise request that our pretrial motions be due on January 28, 2027, the government's response due on February 18, 2027, our reply due March 4, 2027, and trial adjourned to July 26, 2027 or a date thereafter convenient for the Court.

Respectfully submitted,

*<u>/s/ Michael Tremonte</u>*
Michael Tremonte

*Attorney for Justin Jennings*

cc: All counsel (by ECF)